**MEMO ENDORSED**

# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
«FIRM_DETAILS__Street_number» «FIRM_DETAILS__STREET_NAME» «FIRM_DETAILS__LEVEL» «FIRM_DETAILS__CITY»
«FIRM_DETAILS__State» «FIRM_DETAILS__Zip»
PHONE «FIRM_DETAILS__Phone»   FAX «FIRM_DETAILS__Fax»

«MATTER__Document_creation_date»

«DEFAULT__Addressee»
«DEFAULT__Postal_address_down»
   «MATTER__Re_line_2»

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/24
```

Honorable Valerie E. Caproni
United States District Court, Southern District of New York
40 Centre Street
New York, New York 10007

   Re:   *Zakir Hossain, et al. v. Lets' Eat LLC, et al.*
         Index No:   1:24-cv-04078-VEC

Dear Judge Caproni:

   I represent the Defendants Let's Eat LLC and Michelle Gaton in this action. I write to request an adjournment of the status conference scheduled for August 14, 2024 at 10:00 a.m.

   After the Court denied Plaintiffs' attorneys' request to reconsider the mediation referral order, the parties scheduled a mediation with the mediator for October 16, the next mutually available date. As such, the parties do not believe that a status conference is necessary until after the mediation.

   In the event that the Court still does require a status conference, I request an adjournment because I will be on trial on August 14 in New York State Supreme Court, New York County. This is the first request for an adjournment of the conference. Plaintiffs consent to the adjournment.

   The parties are available on August 20 or August 26 for a rescheduled conference, if one is necessary. If a rescheduled status conference is held on August 20 or 26, I request that it be by telephone because I am scheduled to be defending a deposition on August 20, and will be away on vacation on August 26.

   We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.

---

Application GRANTED. The conference scheduled for August 14, 2024 at 10:00 A.M. is ADJOURNED *sine die*. The parties are obligated to participate in mediation in good faith.

SO ORDERED.

*[signature: Valerie Caproni]*   8/12/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE