UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZAKIR HOSSAIN, et al.,

                Plaintiffs,                        24-CV-04078 (JAV)

        -v-                                              <u>SCHEDULING ORDER ON
MOTION TO WITHDRAW</u>

LET'S EAT, LLC d/b/a EXTRA VIRGIN, et al.

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On May 21, 2025, Messrs. Lawrence Morrison and Joshua S. Androphy of the law firm of Morrison Tenenbaum PLLC moved for leave of this Court to withdraw as counsel of record for Defendants Let's Eat LLC d/b/a Extra Virgin and Michele Gaton.  (ECF No. 45).

       The Court will hold a hearing with respect to Messrs. Morrison and Androphy's motion to withdraw on **June 23, 2025**, at **12:30 p.m**., in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, NY 10007.  The previously scheduled case management conference on May 29, 2025, is adjourned.

       It is hereby ORDERED that any opposition to counsel's motion — whether by Defendants Let's Eat LLC d/b/a Extra Virgin and Michele Gaton or any other party — shall be filed by **June 5, 2025**.  Any reply shall be filed by **June 12, 2025.**

       No later than **May 27, 2025,** Morrison Tenenbaum PLLC shall serve a copy of all motion papers **and** this Order on Defendants Let's Eat LLC d/b/a Extra Virgin and Michele Gaton.  Proof of service of this Order shall be filed on the docket no later than two days following

service.

The Clerk of Court is respectfully directed to terminate ECF No. 47.

SO ORDERED.

Dated: May 23, 2025
       New York, New York

                                          _____
                                          JEANNETTE A. VARGAS
                                          United States District Judge