UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAKIR HOSSAIN, DANIEL INCLAN, and
ARMANDO MESINAS, *on behalf of themselves,*

          Plaintiff,

      v.

LET'S EAT, LLC,
MICHELE GATON, and
JOEY FORTUNATO,

          Defendants.

Case No.: 1:24-cv-04078-JAV

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

---

**PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiffs ZAKIR HOSSAIN, DANIEL INCLAN, and ARMANDO MESINAS hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiffs and against Defendants LET'S EAT, LLC and MICHELE GATON jointly and severally, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiff's Damage Calculations, and proposed Default Judgment.

Dated: August 26, 2025
       New York, New York

          Respectfully submitted,

By:   */s/ Steven Gordon*
      Steven Gordon, Esq. (SG 4807)
      **LEE LITIGATION GROUP, PLLC**
      148 West 24th Street, 8th Floor
      New York, NY 10011
      Tel: (212) 661-1008
      Email: cklee@leelitigation.com

      *Attorney for Plaintiffs*