UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAKIR HOSSAIN, DANIEL INCLAN, and
ARMANDO MESINAS, *on behalf of themselves,*

        Plaintiff,

v.

LET'S EAT, LLC,
MICHELE GATON, and
JOEY FORTUNATO,

        Defendants.

Case No.: 1:24-cv-04078-JAV

**[PROPOSED]
DEFAULT JUDGMENT**

---

This action having been commenced on May 28, 2024, by the filing of the Summons and Complaint. Defendants LET'S EAT, LLC and MICHELE GATON, having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED, AND DECREED**:

1. That Plaintiff ZAKIR HOSSAN has judgment against Defendants LET'S EAT LLC and MICHELE GATON, jointly and severally, for a total of **$113,803.57** in actual and liquidated damages as follows:

| | |
|---|---:|
| Unpaid Minimum Wages due to Invalid Tip Credit Deductions | $14,713.79 |
| Unpaid Spread of Hours Premiums | $1,043.57 |
| Unpaid Tips due to Unlawful Retention | $14,342.86 |
| Liquidated Damages for Unpaid Wages, Premiums, Expenses | $30,100.21 |
| Liquidated Damages for Late Wage Payments | $43,603.14 |
| Statutory Penalties due to WTPA Violations | $10,000.00 |
| **Plaintiff HOSSAIN'S Total Damages** | **$113,803.57** |

2. That Plaintiff DANIEL INCLAN has judgment against Defendants LET'S EAT LLC and MICHELE GATON, jointly and severally, for a total of **$377,537.14** in actual and liquidated damages as follows:

| | |
|---|---:|
| Unpaid Minimum Wages due to Invalid Tip Credit Deductions | $57,485.71 |
| Unpaid Overtime Wages due to Straight Time Pay | $3,648.57 |
| Unpaid Spread of Hours Premiums | $2,211.43 |
| Unpaid Tips due to Unlawful Retention | $29,857.14 |
| Liquidated Damages for Unpaid Wages, Premiums, Expenses | $93,202.86 |
| Liquidated Damages for Late Wage Payments | $181,131.43 |
| Statutory Penalties due to WTPA Violations | $10,000.00 |
| **Plaintiff INCLAN's Total Damages** | **$377,537.14** |

3. That Plaintiff ARMANDO MESINAS has judgment against Defendants LET'S EAT LLC and MICHELE GATON, jointly and severally, for a total of **421,845.64** in actual and liquidated damages as follows:

| | |
|---|---:|
| Unpaid Minimum Wages due to Invalid Tip Credit Deductions | $79,708.57 |
| Unpaid Overtime Wages due to Straight Time Pay | $4,177.64 |
| Unpaid Spread of Hours Premiums | $2,184.93 |
| Unpaid Tips due to Unlawful Retention | $29,857.14 |
| Liquidated Damages for Unpaid Wages, Premiums, Expenses | $115,928.29 |
| Liquidated Damages for Late Wage Payments | $177,989.07 |
| Statutory Penalties due to WTPA Violations | $10,000.00 |
| Unreimbursed Business Expenses | $2,000.00 |
| **Plaintiff MESINAS' Total Damages** | **$421,845.64** |

Dated: _____  
New York, New York

_____  
Jeannette A. Vargas  
United States District Judge

This document was entered on the docket on

_____