```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ZAKIR HOSSAIN, DANIEL INCLAN, and ARMANDO                              :
MESINAS, on behalf of themselves, FLSA Collective                      :         24-CV-04078 (JAV)
Plaintiffs, and the Class.,                                            :
                                                                       :
                                                                       :         ORDER SCHEDULING
                          Plaintiffs,                                  :         DEFAULT JUDGMENT
                                                                       :         BRIEFING AND HEARING
            -v-                                                        :         ON DEFAULT JUDGMENT
                                                                       :                MOTION
LET'S EAT, LLC D/B/A EXTRA VIRGIN, MICHELE                             :
GATON, and JOEY FORTUNATO,                                             :
                                                                       :
                          Defendants.                                  :
-----------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

On **August 26, 2025**, Plaintiffs filed a motion for a default judgment as to Defendants Let's Eat, LLC and Michele Gaton ("Defendants") under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 69.

A default judgment is a legal ruling that ends the litigation in favor of a plaintiff as a result of a defendant's failure to respond to a complaint. Should Plaintiffs obtain a default judgment, the Court could grant Plaintiffs some or all of the relief requested in the Complaint. Defendants could even be determined to be liable to pay money damages to Plaintiff. If Defendants do not participate in the lawsuit now, they would likely waive their right to raise factual or legal defenses that they may have to Plaintiffs' claims.

If Defendants wish to oppose the motion for a default judgment, they must submit opposition papers by **October 22, 2025,** or seek an extension of time by which to submit such papers. If Defendant Michele Gaton does not have an attorney, she can submit opposition papers as PDFs by email to Pro_Se_Filing@nysd.uscourts.gov. A party who is unable to use email may still submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se

Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street.

Defendant Let's Eat, LLC is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear for a hearing on the default judgment motion before this Court on **November 12, 2025**, at **10:30am**, as to why an order should not be issued granting a default judgment against Defendants.

It is further ORDERED that, **within one business day of the date of this Order**, Plaintiffs serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order.  Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

SO ORDERED.

Dated: September 26, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge