```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ZAKIR HOSSAIN, DANIEL INCLAN, AND                                       :
ARMANDO MESINAS, on behalf of themselves, FLSA                          :
Collective Plaintiffs, and the Class,                                   :      24-CV-4078 (JAV)
                                                                        :
                        Plaintiff,                                      :      ORDER
                                                                        :
        -v-                                                             :
                                                                        :
LET'S EAT, LLC d/b/a EXTRA VIRGIN, MICHELE                              :
GATON, and JOEY FORTUNATO,                                              :
                                                                        :
                        Defendant.                                      :
------------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

Plaintiffs' Counsel's clarification in its letter to the Court, ECF No. 81, that all references to "Lee Aff." in its Memorandum of Law in Support of its Motion for Default Judgment, ECF No. 71, correspond instead to ECF No. 66, Affirmation of Steven N. Gordon, Esq., appears to be in error. The Gordon Affirmation does not properly correspond to all the "Lee Aff." References in its papers. For example, the Memorandum of Law cites paragraph 18 of the purported Lee Aff., yet the Gordon Affirmation is only 17 paragraphs long. *See* ECF No. 71 at 6. To the extent Plaintiffs' Counsel may have intended to refer to ECF No. 70, a separate Affirmation of Steve Gordon, these cites likewise to not appear to align with all "Lee Aff." citations in the brief.

By November 11, 2025, Plaintiffs' Counsel shall submit a supporting affidavit that properly follows Attachment A ("Default Judgment Procedure") of this Court's Individual Rules and Practices in Civil Cases, instructing a party seeking default judgment to provide, in relevant part:

- "a statement of damages, sworn or affirmed to by one or more people with

personal knowledge, **showing the proposed damages and the basis for each element of damages, including interest, attorney's fees, and costs**"

- **"the elements of each cause of action as to which default judgment is sought**, with supporting legal authority"

- "whether, **if the default is applicable to fewer than all of the counterparties**, the Court may appropriately order a default judgment on the issue of damages prior to resolution of the entire action."

SO ORDERED.

Dated: November 10, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge