UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ZAKIR HOSSAIN, DANIEL INCLAN, and ARMANDO :
MESINAS, on behalf of themselves, FLSA Collective   :   24-CV-04078 (JAV)
Plaintiffs, and the Class.,                         :
                                                    :
                                                    :   ORDER AMENDING
                Plaintiffs,                         :   SCHEDULE FOR
                                                    :   DEFAULT JUDGMENT
        -v-                                         :   BRIEFING AND
                                                    :   ADJOURNING HEARING
LET'S EAT, LLC D/B/A EXTRA VIRGIN, MICHELE          :   ON DEFAULT JUDGMENT
GATON, and JOEY FORTUNATO,                          :   MOTION
                                                    :
                Defendants.                         :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On November 11, 2025, Plaintiffs filed a letter motion requesting (i) a thirty-day extension to submit the documents required by the Court's November 11 Order, ECF No. 83, and (ii) an adjournment of the default judgment hearing previously scheduled for November 12, 2025, at 10:30 a.m. ECF No. 85. The Court GRANTED this extension and ORDERS Defendants to appear for a hearing on the default judgment motion before this Court on **January 7, 2026**, at **12:00pm**, as to why an order should not be issued granting a default judgment against Defendants.

Defendant Let's Eat, LLC is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

In the event that any Defendant appears or opposes the motion for default judgment prior

to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant.  That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of February 12, 2025, including by submitting a joint letter addressing certain topics and a proposed case management plan and scheduling order no later than the Thursday prior to the conference.  *See* ECF Nos. 24, 30.

      It is further ORDERED that, **within one business day of the date of this Order**, Plaintiffs serve Defendants via overnight courier with this Order.  Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

      The Clerk of Court is directed to terminate ECF No. 85.

      SO ORDERED.

Dated: November 13, 2025
      New York, New York

                                              JEANNETTE A. VARGAS
                                              United States District Judge