UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ZAKIR HOSSAIN, DANIEL INCLAN, and ARMANDO :
MESINAS, on behalf of themselves, FLSA Collective : 24-CV-04078 (JAV)
Plaintiffs, and the Class., :
: ORDER
Plaintiffs, :
:
    -v- :
:
LET'S EAT, LLC D/B/A EXTRA VIRGIN, MICHELE :
GATON, and JOEY FORTUNATO, :
:
Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons set forth in the oral opinion delivered at the hearing held on January 7, 2026, Plaintiff's Motion for Default Judgment is GRANTED.

For the reasons set forth at the hearing, the Court calculated Plaintiff Daniel Inclan's damages as follows:

- Improper straight time pay claim: $3,648.57

- Invalid tip credit deductions claim: $57,485.71

- Unlawful tip retention claim: $29,857

- Unpaid spread-of-hours premiums claim: $2,211.43

- Wage Theft Prevention Act claims: $10,000

- Liquidated damages for unpaid wages and spread-of-hours premiums: $93,202.71

The Court calculated Plaintiff Zakir Hossain's damages as follows:

- Invalid tip credit deductions claim: $14,713.79.

- Unlawful tip retention claim: $14,342.86

- Unpaid spread-of-hours premiums claim: $1,043

- Wage Theft Prevention Act claims: $10,000

- Liquidated damages for unpaid wages and spread-of-hours premiums: $30,099.65

The Court calculated Plaintiff Armando Masinas's damages as follows:

- Improper straight time pay claim: $4,177.64

- Invalid tip credit deductions claim: $79,708.57

- Unlawful tip retention claim: $29,200

- Unpaid spread-of-hours premiums claim: $2,184.93

- Wage Theft Prevention Act claims: $10,000

- Business expenses claim: $2,000

- Liquidated damages for unpaid wages and spread-of-hours premiums: $115,928.29

- Liquidated damages for late wage payments: $177,989.07

The Clerk of Court is directed to enter judgment against Michelle Gaton and Let's Eat, LLC, jointly and severally, in favor of Plaintiff Armando Masinas in the amount of $421,188.50; in favor of Plaintiff Daniel Inclan in the amount of $196,405.42; and in favor of Plaintiff Zakir Hossain in the amount of $70,199.30, as well as post-judgment interest as provided in 28 U.S.C. § 1961(a).

The Clerk of Court is directed to terminate all pending motions and close this case.

SO ORDERED.

Dated: January 8, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge