**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
ZAKIR HOSSAIN, DANIEL INCLAN, and
ARMANDO MESINAS, on behalf of
themselves, FLSA Collective Plaintiffs, and the
Class,

                     Plaintiffs,

                                                      24 **CIVIL** 4078 (JAV)

      -against-                                      **DEFAULT JUDGMENT**

LET'S EAT, LLC D/B/A EXTRA VIRGIN,
MICHELE GATON, and JOEY FORTUNATO,

                     Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated January 8, 2026, Plaintiffs' motion for a default judgment is GRANTED. Judgment is entered against Michelle Gaton and Let's Eat, LLC, jointly and severally, in favor of Plaintiff Armando Masinas in the amount of $421,188.50; in favor of Plaintiff Daniel Inclan in the amount of $196,405.42; and in favor of Plaintiff Zakir Hossain in the amount of $70,199.30, as well as post-judgment interest as provided in 28 U.S.C. §1961(a); accordingly, the case is closed.

**DATED**: New York, New York
              January 9, 2026

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                                       BY: _____
                                                     **Deputy Clerk**